IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–00236–REB–KMT

INTRAWEST RESORTS, INC., a Delaware corporation,
COPPER / UNION CREEK DEVELOPMENT COMPANY, LLC, a Delaware limited liability company,
COPPER CACHE DEVELOPMENT COMPANY, LLC, a Delaware limited liability company,

     Plaintiffs,

v.

NAVIGATORS INSURANCE COMPANY,

     Defendant.

---

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiffs' Motion to Amend Caption" (Doc. No. 11, filed Feb. 28, 2014) is GRANTED.  The Clerk of Court is directed to modify the caption to substitute "ICRE, Inc." for "Interwest Resorts, Inc."

Dated:   February 28, 2014