**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00236-REB-KMT

INTRAWEST RESORTS, INC., a Delaware corporation, now known as ICRE, INC.,
COPPER/UNION CREEK DEVELOPMENT COMPANY, LLC, a Delaware limited liability company, and
COPPER CACHE DEVELOPMENT COMPANY, LLC, a Delaware limited liability company,

    Plaintiffs,

v.

NAVIGATORS INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Stipulated Motion For Order of Dismissal of All Claims Without Prejudice** [#33][1] filed June 19, 2014. After reviewing the motion and the record, I have concluded that the motion should be granted and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion For Order of Dismissal of All Claims Without Prejudice** [#33] filed June 19, 2014, is **GRANTED**;

    2. That any pending motion is **DENIED** as moot; and

---

[1] "[#33]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3. That is action is **DISMISSED WITHOUT PREJUDICE**.

Dated June 19, 2014, at Denver, Colorado.

                                                 **BY THE COURT:**

*[Signature: Bob Blackburn]*

Robert E. Blackburn
United States District Judge

2